UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT F. SMITH, *PRO SE*<br>IRmep<br>P.O. Box 32041<br>Washington, D.C. 20007<br>202-342-7325<br>                *Plaintiff*,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>JOHN J. SULLIVAN, Acting Secretary<br>U.S. Department of State<br>2201 C Street NW<br>Washington, DC 20520;<br><br>RICK PERRY, Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue SW<br>Washington, DC 20585;<br><br>                *Defendants.* | Case: 1:18-cv-00777<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 4/5/2018<br>Description: FOIA/Privacy Act (I-Deck) |

**MOTION FOR PERMISSION TO USE POST OFFICE BOX AND AGENT ADDRESS**

1. The Plaintiff has filed a complaint related to FOIA.

2. All of Plaintiff's administrative and legal correspondence relating to FOIA has been channeled through IRmep, Calvert Station, PO Box 32041, Washington DC for administrative purposes.

3. The Plaintiff has been granted the right to use this address on FOIA-related legal filings by this court previously.

4. The Plaintiff receives process service through IRmep, 1100 H ST NW Suite 840

- 1 -

Washington, DC 20005

5. The Plaintiff continues to be a resident of the District of Columbia at the address certified on the Civil Complaint Cover Sheet.

6. The Plaintiff wishes to comply with Local Civil Rule 5.1(e) requiring that a bona fide name, address and phone number appears in the complaint, ECF, motions and other filings.

WHEREFORE Plaintiff respectfully requests that this Court grant leave for the Plaintiff use a POST OFFICE Box address and the address of the Plaintiff's agent contracted to receive process along with his name and phone number. Both have been in use for over a decade.

Respectfully submitted,

Grant F. Smith, *PRO SE*
IRmep
P.O. Box 32041
Washington, D.C. 20007

For process service:

Grant F. Smith c/o IRmep
1100 H St. NW Suite 840
Washington, D.C. 20005

(202) 342-7325

Dated: April 5, 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT F. SMITH, *PRO SE* <br> IRmep <br> P.O. Box 32041 <br> Washington, D.C. 20007 <br> 202-342-7325 <br>                             *Plaintiff,* <br> vs. <br> UNITED STATES OF AMERICA; <br><br> JOHN J. SULLIVAN, Acting Secretary <br> U.S. Department of State <br> 2201 C Street NW <br> Washington, DC 20520; <br><br> RICK PERRY, Secretary <br> U.S. Department of Energy <br> 1000 Independence Avenue SW <br> Washington, DC 20585; <br>                             *Defendants.* | Case: 1:18-cv-00777 <br> Assigned To : Chutkan, Tanya S. <br> Assign. Date : 4/5/2018 <br> Description: FOIA/Privacy Act (I-Deck) |

## **ORDER**

Having considered the Plaintiff's **MOTION FOR PERMISSION TO USE POST OFFICE BOX AND AGENT ADDRESS** written as follows:

Grant F. Smith
IRmep
PO Box 32041
Washington, DC 20007

202-342-7325

For Process Service Only:

Grant F. Smith c/o IRmep
1100 H ST NW Suite 840
Washington, DC 20005

and good cause being found, the Court Hereby ORDERS the MOTION GRANTED.

Dated

Judge_____